```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**CICILIA GILBERT,**

              Plaintiff,          19-cv-1938 (JGK)

    - against -                <u>ORDER</u>

**DELL TECHNOLOGIES, INC.,**

              Defendant.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should provide the Court with a status report by **September 24, 2021.** The parties should also advise the Court within 14 days of the completion of the arbitration.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **February 8, 2021**          /s/ John G. Koeltl
                                            **John G. Koeltl**
                              **United States District Judge**