UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CICILIA GILBERT,

                    Plaintiff,

                    19 civ 1938 (JGK)

       -against-

DELL TECHNOLOGIES, INC.,

                    Defendant.
-----------------------------------------------------------------X

## ORDER

A conference in this matter is scheduled for **Wednesday, March 30, 2022, at 12:00pm.**

**Dial-in: 888 363-4749.  Access code: 8140049.**

**SO ORDERED.**

                                                                                                                   **JOHN G. KOELTL**
                                                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 16, 2022