UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CICILIA GILBERT,

               Plaintiff,        19-cv-1938 (JGK)

    - against -             ORDER

DELL TECHNOLOGIES, INC.,
               Defendant.

---

JOHN G. KOELTL, District Judge:

As agreed by the parties at the teleconference held on March 30, 2022, the stay of the proceedings in this case is lifted to allow the Court to consider the imposition of any declaratory and/or injunctive relief. The parties will propose a briefing schedule by **April 4, 2022**.

SO ORDERED.

Dated:    New York, New York
           March 31, 2022

                                              John G. Koeltl
                                    United States District Judge